UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Carlos J. Loaiza,<br>Petitioner, | : | Civil No. 05-CV-027-T |
| | : | |
| v. | | |
| | : | |
| UNITED STATES OF AMERICA,<br>Respondant. | : | |

SWORN STATEMENT OF CARLOS J. LOAIZA
PURSUANT TO 28 U.S.C. §1746

AND NOW COMES Carlos J. Loaiza, and hereby depose and says under the penalty of perjury, pursuant to 28 U.S.C. §1746 of the laws of the United States of America, the following:

1. After the sentencing, I immediately requested counsel to file an appeal of the sentence because of the denial of the application of the safety valve. (See Affidavit of Carlos J. Loaiza, filed as part of §2255 Motion, paragraph 8).

2. Counsel responded that "there is nothing you can do about the denial of the safety valve." (See Affidavit of Carlos J. Loaiza, paragraph 9.)

3. Counsel also advised me that "there is nothing to appeal." (See Afidavit of Carlos J. Loaiza, paragraph 10).

4. I first learned that no direct appeal was filed based upon communication I recieved from counsel on December 3, 2004, in response to my

letter of November 29, 2004. (See Attachments "A" and "B")

5. I further communicated with counsel on December 9, 2004, and intimated once again that I requested counsel to appeal the sentence, but he responded that "there was nothing you could do and there was nothing to appeal."

6. Counsel responded to that letter on December 24, 2004, intimating that I did not tell him to appeal. (See Attachments "C" and "D").

7. Since I did not learn that there was no appeal filed until December 3, 2004, I could not file a §2255 until after that time to restore my appellate rights.

AFFIANT FURTHER SAYETH NOT.

Signed: Carlos J Loaiza
Carlos J. Loaiza-Affiant

Date: September 1, 2006