"A"

CARLOS J. LOAIZA
Fed # 05297-070
Low Security Correctional Institution
Allenwood
P.O. Box 1000
White Deer, PA 17887

Dear Mr. Joseph J. Voccola,

I am respectfully submitting this letter to you with regards to my appeal.

I have order some documents from the courts' file, because you didn't provided me with any copies.

As far as I am concern, I have not waive my right to appeal my sentence. There is no paragraph in my plea agreement that states the contrary.

I know there are grounds and issues that can help me reduce my sentence, and I am asking you to prepare an appeal on my behalf.

O also need a copy of my P.S.I that you have in your possession, which as a defendant to this case it's my right to have a copy of this document.

I will appreciate if you would inform me as soon as possible of the issues and grounds that will or could help me reduce my sentence before you submit any documents to the court.

As you may be aware, time is an essence in filling my 2255 motion.

I will be grateful to know your opinion and suggestions with regards to my petition.

I read the Courts' opinion on U.S.V. Alvarado Rivera (8th Cir No. 03-2308, 10/26/04), and believe that you can apply that argument to me.

Date: 11/28/04

Sincerely: Carlos J. Loaiza

Carlos J. Loaiza

Copy