8

JOSEPH J. VOCCOLA, ESQ.
AND ASSOCIATES

ATTORNEYS AT LAW

454 BROADWAY • PROVIDENCE, RI 02909

(401) 751-3900 • FAX: (401) 751-8983

December 3, 2004

Carlos J. Loaiza
Fed #05297-070
**Low Security Correctional Institution/Allenwood**
PO Box 1000
White Deer, PA 17887

Dear Carlos:

Please be advised that I am in receipt of your letter dated November 28, 2004. As you know, I was retained to represent you with respect to your criminal case which I did as well as my co-counsel Thomas F. Connors, Esq. Please note that there is an outstanding balance due which has yet to be paid.

I believe I already provided you with copies of the following documents:

1. Motion to Suppress Evidence of an Illegal Search and Seizure from the Defendant.
2. Memorandum of Law in Support of a Motion to Suppress Evidence of an Illegal Search and Seizure of and from the Defendant.
3. Motion to Suppress Evidence Gained from a Constitutionally Infirm Arrest.
4. Memorandum of Law in Support of Motion to Suppress Evidence Gained from a Constitutionally Infirm Arrest.
5. Pre-sentence Report.

I have enclosed another copy of the Pre-sentence report and the Addendum to the Pre-sentence Report for your review.

As was made expressly clear to me by you, you did not wish to appeal your sentence. As I stated to you previously neither myself nor Mr. Connors are presently available to be retained to handle appellate cases due to our present trial schedule.

If you wish to secure the services of an appellate attorney, I can recommend one to you.

Sincerely,

Joseph J. Voccola, Esq.
JJV/kk
Enclosures