Carlos J. Loaiza
Fed # 05297-070
Low Security Correctional
Institution-Allenwood
P.O. Box 1000
White Deer, PA 17887

Attorney At Law
Joseph J. Voccola. Esq.
454 Broadway
Providence, RI 02909

Dear Mr. Voccola,

I am in receipt of your letter dated December 3, 2004. Thank you for replying to my request of documents dated November 28.

After reading your letter and going through a review of the documents enclose, I respectfully submit this concerns to you.

1. Immediately after the sentencing hearing, I told you to appeal my sentence and denial of the Safety-Valve. But you responded "that there was nothing you could do and that there was nothing to appeal". Even my wife called you weeks after to request the transcripts and documents I am requesting from the court, but you gave her the same answer.

2. In paragraph 28 of the P.S.I, it states that I have a pending charge in the Sixth Division District Court in Providence, RI. This is the same arrest for which I am serving this sentence and is related to the instant offence.
Why is this pending charge on my P.S.I ?
Am I been transfer to this district after I complete my sentence in here?

3. In the documents you send, there was a motion you file to the objection to the government's objection to the P.S.I , with regards to Safety- Valve, But you only send the first page of that motion.
I will appreciate if you could send me the Whole motion, regardless of its content.

I will be grateful it you would reply to my requests and concerns listed above, and provide me with any appellate attorneys information that you will recommend that will handle my appeal properly.

Respectfully Submitted,

Date: XII- 9/04

Carlos J. Loaiza