JOSEPH J. VOCCOLA, ESQ.
AND ASSOCIATES

ATTORNEYS AT LAW
454 BROADWAY • PROVIDENCE, RI 02909

(401) 751-3900 • FAX: (401) 751-8983

December 24, 2004

Carlos J. Loaiza
Fed #05297-070
**Low Security Correctional Institution/Allenwood**
PO Box 1000
White Deer, PA 17887

Dear Carlos:

Please be advised that I am in receipt of your second letter dated November 9, 2004.

Immediately after your sentencing hearing took place, you did **not** tell me to appeal your sentencing. As a matter of fact, both myself and Attorney Connors discussed this with you and you made it expressly clear that you did **not** want to file an appeal.

The reason you have a charge listed as pending in your PSI report is because originally you were brought into 6th District Court in Providence, RI which is a Rhode Island State Court to face the charges levied against you by the Pawtucket Police Department. The case was subsequently taken over by the federal authorities weeks later.

Enclosed please find a two page document entitled "Defendant's Objection to the Government's Objection to the Pre-sentence Investigation Report".

I suggest that if you wish to secure the services of an appellate attorney, you or your family can contact the Rhode Island Bar Association located in Providence, RI and ask them to recommend any appellate attorney who you feel may be of assistance to you.

Sincerely,

Joseph J. Voccola, Esq.
JJV/kk

Enclosures