UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Carlos J. Loaiza, Petitioner, | : | Civil No. 05-CV-027T |
| v. | : | Criminal No. 03-CR-033T |
| | : | |
| UNITED STATES OF AMERICA, Respondant. | : | |

MOTION FOR EVIDENTIARY HEARING IN LIGHT OF NEW LAW IN THIS CIRCUIT WITH RESPECT TO WHETHER A HEARING IS NECESSARY ON THE TIMELY FILING OF THE §2255 MOTION

AND NOW COMES Carlos J. Loaiza, petitioner pro se and hereby prays and respectfully moves this Honorable Court to GRANT the instant motion for an evidentiary hearing to determine when the limitation period began to run pursuant to 28 U.S.C. §2255 ¶6(4).

Petitioner respectfully submits that this Circuit has recently ruled on this issue and declared a hearing is necessary to determine whether a §2255 motion was timely filed when moving pursuant to §2255 ¶6(4). See Billy Ramirez-Alverio v. United States, No. 05-2663, Decided January 8, 2007, (citing Aron v. United States, 291 F.3d 708 (11th Cir. 2002); Montenegro v. United States, 248 F.3d 585 (7th Cir. 2001), overruled on other grds.; Ashley v. United States, 266 F.3d 671 (7th Cir. 2001); and Wims v. United States, 225 F.3d 186 (2nd Cir. 2000)). (See Attachment "A", ORDER from the First Circuit Court of Appeals).

At said evidentiary hearing, petitioner will corroborate the deposition

in his sworn statement pursuant to 28 U.S.C. §1746, which was forwarded to this Honorable Court, pursuant to Court ORDER, on September 1, 2006, with Exhibits in the form of communications between petitioner and counsel regarding when petitioner had learned that counsel did not file a notice of appeal as requested.

WHEREFORE, petitioner prays and moves this Honorable Court to GRANT the instant motion for an evidentiary hearing or in the alternative, restore his appellate rights nunc pro tunc, so that an appeal of the sentence can be taken.

Done this 16th day of March, 2007.

Respectfully Submitted,

Carlos J. Loaiza Pro Se
Reg. No. 05297-070
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

CA03-33T

# PROOF OF SERVICE

I certify that on March 16, 2007 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below**:

Clerk
U.S. District Court
District of Rhode Island
One Exchange Terrace
Federal Building and U.S. Courthouse
Providence, RI 02903
(Original and Two Copies of Motion for Evidentiary Hearing In Light Of New Law In This Circuit With Respect To Whether A Hearing Is Necessary On The Timely Filing Of The §2255 Motion)

Mary E. Rogers-AUSA
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
(One Copy-Same)

# PROOF OF SERVICE ~~FOR~~ INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 3-16-07 (date) for forwarding to the Court ~~of Appeals~~. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Signature

Carlos J. Loaiza-Pro Se
Reg. No. 05297-070
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887-1000

Dated: March 16, 2007

Rev. 09/05