**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CARLOS LOAIZA,
Petitioner

vs. C.A. No. 05-27T

UNITED STATES OF AMERICA,
Respondent

**ORDER DISMISSING CASE**

Petitioner filed a Motion to Vacate his Sentence under 28 U.S.C. §2255 on January 26, 2005. Petitioner was deported by Immigration and Customs Enforcement sometime after August 24, 2007. Therefore, it is hereby ordered that this case be dismissed as moot.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres

Senior U.S. District
Judge Ernest C. Torres

date: 12/13/07